**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **CORNERSTONE SYSTEMS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 09-02291** |
| | ) | |
| **CENTURY SURETY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE OF SETTLEMENT

Comes Now Plaintiff Cornerstone Systems, Inc. ("Cornerstone") and Century Surety Company ("Century"), pursuant to the Court's July 12, 2010 Order (Document No. 21) and Local Rule 83.8 of the U.S. District Court—Western District, and file this Notice of Settlement to advise the Court that on July 8, 2010 Cornerstone and Century participated in non-binding mediation and reached a provisional settlement agreement pertaining to the claims at issue in this matter. The parties are in the process of finalizing the terms of the settlement. It is anticipated that a settlement agreement will be executed, and this matter will be fully resolved, in the immediate future.

Respectfully submitted,

ADAMS AND REESE LLP

By:    s/ Tricia T. Olson
        MARK S. NORRIS       (7354)
        TRICIA T. OLSON      (24643)
        Attorneys for Plaintiff
        Cornerstone Systems, Inc.
        Brinkley Plaza
        80 Monroe Avenue, Suite 700
        Memphis, Tennessee 38103-2467
        Tel:  (901) 525-3234
        Fax:  (901) 524-5419
        Mark.Norris@arlaw.com
        Tricia.Olson@arlaw.com

        LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD

By:    s/ David B. Sharpe (w/permission T. Olson)
        DAVID B. SHARPE (LA BAR # 20370)
        *Admitted pro hac vice*
        Attorney for Defendant
        Century Surety Company
        Suite 2775 Pan American Life Center
        601 Poydras Street
        New Orleans, LA 70130
        Tel:  (504) 568-1990
        Fax:  (504) 310-9195
        dsharpe@lawla.com

and

        BUTLER, SNOW, O/MARA, STEVENS &
        CANNADA, PLLC

By:    s/ Eric E. Hudson (w/permission T. Olson)
        ERIC E. HUDSON      (22851)
        VAN D. TURNER, JR.    (22603)
        Attorneys for Defendant
        Century Surety Company
        6075 Poplar Avenue, Suite 500
        Memphis, TN 38119
        Tel:  (901) 680-7200
        Fax:  (901) 680-7201
        eric.hudson@butlersnow.com
        van.turner@butlersnow.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on July 14, 2010, a copy of the foregoing **Joint Notice of Settlement** was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

s/ Tricia T. Olson