## *UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

**CORNERSTONE SYSTEMS, INC.**                     **JUDGMENT IN A CIVIL CASE**

**v.**

**CENTURY SURETY COMPANY**                         **CASE NO: 09-2291-A**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice entered on August 26, 2010, this cause is hereby dismissed with prejudice.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 8/27/2010**                                              **THOMAS M. GOULD**
                                                                 **Clerk of Court**


                                                                  **s/Terry L. Haley**
                                                                 **(By)  Deputy Clerk**